FINDLEY & CUMMINS v. WYSER, for use of Colgin.

A witness, at instance of one who is party in several suits, is enti-
tled to his compensation in each case in which he is summoned. He
may transfer his certificate and the holder can sustain an action in
the name of witness for his use.

JUDGE TAYLOR delivered the opinion of the Court.

THE principal question in this case is, can a witness
who has been summoned at the instance of a person who
is a party to more than one suit, at issue in the same
Court and at the same time, prove his attendance and be
entitled to compensation in each case, or in one only?

JANUARY 1827.

Findley & Cummins.
v.
Wyser, use, &c.
The Court are of opinion that the witness has the same right to compensation in all and each of the cases, that he would have in one, if but one was pending. He is equally bound to attend in all, and if he fail to do so, equally liable to be fined, and to an action for damages in every case as in one.

There can be no error in instituting the suit in the name of the witness for the use of another. The witness had a right to transfer his certificate by delivery, and to authorize the holders to use his name to recover the amount. The judgement must be affirmed.

JUDGE GAYLE not sitting.

PERRY, for plaintiff.

OWEN and ELLIS, for defendant in error.